AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| ANARELI FLORES<br><br>*Plaintiff*<br><br>v.<br>TRUMP MAKE AMERICA GREAT AGAIN, see attached,<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 2:21-cv-02119-CJC-AS<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Trump Make America Great Again
1776 Wilson Boulevard, Suite 530
Arlington, Virginia 22209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Amy L. Bennecoff Ginsburg, Esquire
KIMMEL & SILVERMAN, P.C.
30 East Butler Pike
Ambler, PA 19002
(215)540-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*J. DeBusse*

Date: March 12, 2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:21-cv-02119-CJC-AS

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888 x167
Facsimile: 215-540-8817
teamkimmel@creditlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANARELI FLORES,** | Case No.: 2:21-cv-2119 |
| Plaintiff, | COMPLAINT FOR DAMAGES |
| v. | 1. VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227, ET. SEQ. |
| **TRUMP MAKE AMERICA GREAT AGAIN ("TMAGAC"), DONALD J. TRUMP FOR PRESIDENT, INC. ("DJTP"), SAVE AMERICA, AND THE REPUBLICAN NATIONAL COMMITTTEE ("RNC"),** | JURY TRIAL DEMANDED |
| Defendants. | |

## COMPLAINT

**ANARELI FLORES** (Plaintiff), by and through his attorneys, **Kimmel & Silverman, P.C.**, alleges the following against **TRUMP MAKE AMERICA GREAT AGAIN ("TMAGAC"), DONALD J. TRUMP FOR PRESIDENT,**

- 1 -
PLAINTIFF'S COMPLAINT

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-02119-CJC-AS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Trump Make America Great Again was received by me on *(date)* Mar 16, 2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Teresa Brown , who is designated by law to accept service of process on behalf of *(name of organization)* Trump Make America Great Again on *(date)* Mon, Mar 22 2021 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/23/2021

*Server's signature*

Jody Ashworth, Process Server

*Printed name and title*

107 S. West St. Ste. 417, Alexandria, VA 22314

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Mar 22, 2021, 2:45 pm EDT at 4701 COX RD SUITE 285, GLEN ALLEN, VA 23060-6801 received by Teresa Brown, Intake Specialist . Age: 50; Ethnicity: African American; Gender: Female; Weight: 160; Height: 5'6"; Hair: Black; Eyes: Brown;